[No. 22799-5-III.  Division Three.  August 14, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL THOMAS DANIELS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-03059-8, Maryann C. Moreno, J., entered February 9, 2004. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Kulik, J.

[Nos. 24781-3-III; 24782-1-III;  Division Three.  August 16, 2007.]
24783-0-III; 24795-3-III;
24796-1-III; 24797-0-III.

*In the Matter of the Interest of* S.H. ET AL.

TERRY JOSEPH HUBBARD ET AL., *Appellants*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeals from judgments of the Superior Court for Okanogan County, Nos. 05-7-00018-0, 05-7-00019-8, and 05-7--00020-1, Jack Burchard, J., entered November 15, 2005. *Affirmed* by unpublished opinion per Sanders, J. Pro Tem., concurred in by Sweeney, C.J., and Stephens, J.

[No. 25194-2-III.  Division Three.  August 16, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE ABRAM ALVARADO, *Appellant*.

Appeal from judgments of the Superior Court for Yakima County, No. 05-1-00652-3, Blaine G. Gibson, J., entered May 12, 2006. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Stephens, J.